| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 7 mins | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ada Means | | | REPORTER/FTR<br>11:04-11:11 | | |
| MAGISTRATE JUDGE<br>Jacqueline Scott Corley | | DATE<br>September 19, 2011 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR11-0625 CRB | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Bassam Yacoub Salman | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jodi Linker - Special Appearance | | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Adam Reeves | | INTERPRETER<br>Not Required | | ☐ | FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>LaDreena Walton | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☐ | PARTIAL PAYMENT<br>OF CJA FEES | ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR<br>7 mins | ☐ | PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ | STATUS<br>TRIAL SET |
| ☐ I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED ☐ RELEASED | | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>October 5, 2011 | ☒ | ATTY APPT HEARING | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ | STATUS TRIAL SET |
| AT:<br>9:30 a.m. | ☒ | SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON.<br>Chapman (Ctrm C) | ☐ | DETENTION HEARING | ☒ ARRAIGNMENT | | ☐ MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

AUSA's request to unseal the entire case is granted. The matter is continued to 10/5/11 to allow time for defendant to either retain counsel or to complete and submit a financial affidavit for appointment of counsel. Defendant is release on the conditions imposed by District Court in IL. CC: JSC

DOCUMENT NUMBER:

FILED
SEP 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA