**GAIL SHIFMAN**
**Attorney at Law**
**SARAH POTTER**
**Attorney at Law**
**44 Montgomery Street, Suite 3850**
**San Francisco, California 94104**
**Telephone:   (415) 551-1500**
**Facsimile:    (415) 551-1502**
**Email:           gail@shifmangroup.com**
**Email:           sara@shifmangroup.com**

**Attorneys for Defendant**
**BASSAM SALMAN**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 11-0625-EMC |
| ) | |
| Plaintiff, ) | **DEFENDANT'S FIRST** |
| ) | **STATUS REPORT** |
| vs. ) | |
| ) | |
| BASSAM SALMAN, ) | |
| ) | Date:   December 14, 2011 |
| Defendant. ) | Time: 2:30 p.m. |
| _____ ) | |

I. <u>Introduction</u>

Defendant Bassam Salman files this brief Status Report to advise the Court of the status of the case.  Mr. Salman is making his initial appearance before the Court.  He is charged with by Indictment with one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. sec. 371 and four counts of Securities Fraud in violation of 15 U.S.C. §§ 78(j)(b) and 78ff; 17 C.F.R. §§ 240.10b-5 and 240.10b5-2, generally alleging that from 2004 through 2007 he and others engaged in insider trading in a series of purchases of securities in four companies.  This case is related to *United States vs. Maher*

*Fayez Kara, et. al*, Case no. CR 09-417 EMC, which has been pending before the Court since April 21, 2009 and *S.E.C. vs. Maher Kara, et. al.*, Case no. C 09-1880 EMC.

II. Discovery Produced

On November 7, 2011, Defendant received an external hard drive produced by the government that contains 937,000 pages of discovery. Upon receiving the hard drive, Defendant began the process of review of the materials.[1] Unfortunately, the discovery was produced in a manner making an electronic search of the documents by bates number, key word or name impossible. Each bates number range must be located within one of the multiple dozens of folders and subfolders on the hard drive and then manually reviewed individually in order to identify relevant material.

The government also provided Defendant with a Document Production Log with the hard drive which identifies where certain documents can be found on the hard drive by bates number.[2] Though the Log generally advises Defendant of the materials contained on the hard drive, it is only marginally helpful, however, because it identifies documents produced in broad bates range categories. For example, phone records for four different individuals are lumped together and identified within a bates range that consists of 2,000 pages. In order to separate out the phone records for each of the four individuals,

---

[1] The government also provided Defendant with DVDs containing a video of a wedding attended by Defendant and others including some who are anticipated to be government witnesses for trial as well as a video of television programs relating to the stock market and/or securities. In addition, the government produced a CD containing documents labeled Key Docs, some of which appear to be documents contained on the hard drive as well as a small amount of material labeled grand jury exhibits.

[2] The government also allowed Defendant's counsel to read fGrand Jury transcripts of two witnesses in the U.S. Attorney's Office. Defendant does not have copies of these transcripts or any reports of investigation of interviews of witnesses.

DEFENDANT'S FIRST STATUS REPORT                                                                 2

Defendant is required to go through each of the 2,000 pages individually to determine the individual to whom the records are associated. Within the 2,000 pages, the records are not separated neatly into chunks for each of the four individuals. Instead there may be 20 pages of records for one individual followed by 50 pages of records for another individual and then another 30 pages of records for the first individual and so on. Additionally, the records produced to date are not arranged in any sort of chronological order. After the records have been separated by individual, only then can Defendant begin the process of actually examining the records that are relevant to the charges against Mr. Salman. This involves manually reviewing each page of the phone records since a text search for particular phone numbers is not possible because of the nature of the electronic material produced. Though Defendant has endeavored to plow through the enormity of discovery produced, the review process is extremely time consuming and daunting.

As Defendant continues the reviewing process, it is anticipated that Defendant will have additional discovery requests of the government though he is not currently in a position to be able to articulate the nature of the specific requests. Defendant is not currently in a position to articulate with specificity the nature of motions that may get filed because we are in the initial stages of discovery review.

III. <u>Next Steps</u>

Defendant requests the setting of a Status Hearing in 60 days to allow counsel to review, analyze and evaluate the discovery produced to date as well as to meet with Defendant regarding these materials. The government has advised defense counsel that they intend to request the setting of a trial date as early as May, 2012. In order to

DEFENDANT'S FIRST STATUS REPORT                                                                 3

effectively represent Mr. Salman, defense counsel requires sufficient time to review the almost one million pages of materials produced by the government.   While the government may prefer the setting of an early trial date in order to ensure due process and conform with the mandates of the Constitution, additional time is needed.

Dated: December 14, 2011

                                    Respectfully submitted,

                                    /S/   Gail Shifman
                                  GAIL SHIFMAN

                                  /S/   Sarah Potter
                                  SARAH POTTER

                                  Attorneys for Bassam Salman