GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
BASSAM SALMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  CR 11-0625 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| vs. ) | **HEARING** |
| ) | |
| BASSAM SALMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Plaintiff, by and through its attorney of record, Adam Reeves, and defendant, by and through his attorney of record, Gail Shifman, hereby stipulate and ask the Court to find as follows:

      1. That the parties are currently scheduled for a status hearing date of April 25, 2012 at 2:30 p.m.  This date was set by Clerk's Notice continuing the originally scheduled status hearing date of April 18, 2012.  Defense Counsel has a scheduling conflict on the continued date of April 25, 2012, appearing before the Honorable Phyllis Hamilton, in United States vs. Asim Waqar,

STIPULATION & [PROPOSED] ORDER
CONTINUING STATUS HEARING                                                           1

CR 11-0464 PJH.

2. That counsel for the defendant requests that the Court vacate the April 25, 2012 status hearing date and continue it until May 9, 2012 at 2:30 p.m. and counsel for the United States does not object to this request.

3. That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence and that April 18, 2012 through May 9, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: March 20, 2012         _____/s/_____
                              Adam Reeves
                              Assistant United States Attorney

Dated: March 20, 2012         _____/s/_____
                              Gail Shifman
                              Attorney for Defendant Bassam Salman

## [PROPOSED] ORDER

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING,

IT IS ORDERED That the April 25, 2012 status hearing date shall be vacated and continued until May 9, 2012 at 2:30 p.m.;

STIPULATION & [PROPOSED] ORDER
CONTINUING STATUS HEARING                                                     2

IT IS FURTHER ORDERED that the time from April 18, 2012 through May 9, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense time to review discovery and for effective preparation and for continuity of counsel. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

Dated: March __23__, 2012



_____
United S...

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION & [PROPOSED] ORDER
CONTINUING STATUS HEARING                                                              3