GAIL SHIFMAN, ESQ. (CSBN 147334)
LAW OFFICES OF GAIL SHIFMAN
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
BASSAM SALMAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BASSAM SALMAN,<br><br>    Defendant. | CASE NO. CR-11-0625-EMC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINE AND SCHEDULING HEARING |

    The parties are currently actively engaged in settlement discussions requiring additional time for discussion and review. To facilitate continuing discussions and review, it is hereby stipulated and agreed by and between the parties, through their respective counsel of record, and respectfully requested that the Court order as follows:

1. That the due date for the filing the pretrial documents required under paragraph 4.b. in the *Third Amended Pretrial Order For Criminal Jury Trial And Briefing Schedule* shall be extended by one week, to June 18, 2013.

**2.** That the hearing for entry of plea shall occur on June 12, 2013, 2:30 p.m. in

the event the case resolves.

**IT IS SO STIPULATED.**

Dated: June 7, 2013

                                         LAW OFFICES OF GAIL SHIFMAN

                                         By:    */s/Gail Shifman*
                                               Gail Shifman
                                               Attorney for Defendant Bassam Salman

Dated: June 7, 2013

                                         MELINDA HAAG
                                         UNITED STATES ATTORNEY

                                         By:    */s/Adam A. Reeves*
                                             ADAM A. REEVES
                                             ROBERT S. LEACH
                                             Assistant United Attorneys

## [PROPOSED~~]~~

## ORDER

Based on the foregoing stipulation, and good cause appearing, **IT IS ORDERED,**

1. That the due date for the filing the pretrial documents required under paragraph 4.b. in the *Third Amended Pretrial Order For Criminal Jury Trial And Briefing Schedule* shall be extended by one week, to June 18, 2013.

2. That the hearing for entry of plea shall occur on June 12, 2013, 2:30 p.m. in the event the case resolves.

Dated: June __12__, 2013

                                         _____
                                         THE HONORABLE EDWARD M. CHEN
                                         United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*