1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   ROBERT S. LEACH (CABN 196191)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       Fax: (415) 436-7234
8      Adam.Reeves@usdoj.gov
       Robert.Leach@usdoj.gov
9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,           ) Case No. CR 11-0625 EMC
                                       )
15         Plaintiff,                  ) STIPULATION AND [PROPOSED]
                                       ) ORDER EXCLUDING TIME
16      v.                             )
                                       )
17 BASSAM YACOUB SALMAN,               )
   a/k/a Bassam Jacob Salman,          )
18                                     )
           Defendant.                  )
19 _____)

20

21                              **STIPULATION**

22     WHEREAS, on January 8, 2013, the Court granted the defendant's motion to continue the trial

23 and reset the trial date to June 24, 2013;

24     WHEREAS, in an order dated January 14, 2013, and with the consent of the defendant, the Court

25 ordered that the time between January 8, 2013, to June 24, 2013, shall be excluded in computing the

26 time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) &

27 (B)(iv).

28 STIPULATION AND [PROPOSED]
   ORDER EXCLUDING TIME
   Case No. CR 11-0625 EMC

1    WHEREAS, on May 10, 2013, the Court on its own motion continued the trial date to July 19,
2 2013;
3    WHEREAS, the defendant consents to an exclusion of time from June 24, 2013, to July 19,
4 2013, on the ground that a failure to grant the continuance would deny defense counsel the reasonable
5 time necessary for effective preparation, taking into account the exercise of due diligence, and,
6 under the circumstances, the ends of justice served by a reasonable continuance outweigh the best
7 interest of the public and the defendant in a speedy trial;
8    THEREFORE, it is hereby stipulated by and between the parties, through their respective
9 counsel of record, that the period of time from June 24, 2013, to July 19, 2013, shall be excluded in
10 computing the time within which the trial of the offenses alleged in the Indictment must commence
11 under 18 U.S.C. § 3161.

12 DATED: May 28, 2013                                MELINDA HAAG
                                                     United States Attorney
13
                                                          /s/
14                                                   _____
15                                                   ROBERT S. LEACH
                                                     ADAM A. REEVES
16                                                   Assistant United States Attorneys

17

18 DATED: May 28, 2013                                GAIL SHIFMAN, ESQ.
                                                     Law Offices of Gail Shifman
19

20
                                                     _____/s/_____
21                                                   GAIL SHIFMAN, ESQ.
                                                     Counsel to Defendant Bassam Salman
22

23

24

25

26

27

28 STIPULATION AND [PROPOSED]
   ORDER EXCLUDING TIME
   Case No. CR 11-0625 EMC              2

**ORDER EXCLUDING TIME**

Pursuant to stipulation, it is HEREBY ORDERED as follows:

The Court finds that the ends of justice served by granting a continuance from June 24, 2013, to July 19, 2013, outweigh the best interests of the public and the defendant in a speedy trial.  The Court ORDERS that the time between June 24, 2013, to July 19, 2013, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED: ~~May __, 2013~~  July 1, 2013



_____
Edward M. Chen
District Judge

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
Case No. CR 11-0625 EMC                3