# EXHIBIT A



**Maher Kara**

*Citigroup Banker*



**Michael Kara**

*Brother of Maher Kara*



**Joseph Azar**

*Friend of Michael Kara*



**Bassam Salman**

*Brother-in-Law of Maher Kara*



**Nasser Mardini**

*Friend of Michael Kara*



**Karim Bayyouk**

*Brother-in-Law of Bassam Salman*



**Mazen Mardini**

*Brother of Nasser Mardini*



**Hani Bayyouk**

*Brother of Karim Bayyouk*

## LISTING OF K BAYYOUK'S COMMON INVESTMENTS WITH BASSAM SALMAN & MICHAEL KARA PURCHASED JANUARY 2004 THROUGH DECEMBER 2007[1]

| | COMPANY | K BAYYOUK DATE OF FIRST TRADE[2] | SALMAN DATE OF FIRST TRADE[3] | KARA DATE OF FIRST TRADE[3] |
|---|---|---|---|---|
| 1 | AMYLIN PHARM INC | 11/30/2004 | | 11/9/2004 |
| 2 | ENCYSIVE | 1/19/2005 | | 12/21/2004 |
| 3 | PROTEIN DESIGN LABS INC. (AKA PDL BIOPHARMA INC.) | 2/8/2005 | | 1/24/2005 |
| 4 | MILLENNIUM PHARM INC | 2/15/2005 | | |
| 5 | BIOGEN IDEC INC | 3/4/2005 | | 2/28/2005 |
| 6 | ELAN CORP | 3/4/2005 | | 2/28/2005 |
| 7 | PAIN THERAPEUTICS INC | 3/29/2005 | | 5/20/2004 |
| 8 | BONE CARE INTL INC | 5/5/2005 | | 5/2/2005 |
| 9 | AMERICAN PHARMACEUTICAL PARTNERS | 5/9/2005 | | 4/21/2004 |
| 10 | ENDO PHARMACEUTICALS | 6/22/2005 | | 4/25/2004 |
| 11 | CELGENE CORP | 7/11/2005 | | 7/7/2005 |
| 12 | SUN MICROSYSTEMS | 10/5/2005 | 10/4/2005 | |
| 13 | TOTAL S A | 10/6/2005 | | |
| 14 | GENENTECH INC | 10/12/2005 | | 6/7/2004 |
| 15 | CEPHALON INC | 10/18/2005 | | 12/2/2004 |
| 16 | PETROKAZAHSTAN INC | 10/19/2005 | 8/22/2005 | |
| 17 | AMGEN INC | 11/23/2005 | | 10/6/2005 |
| 18 | GOOGLE INC | 11/23/2005 | 11/23/2005 | |
| 19 | MICROSOFT CORP | 11/23/2005 | 11/7/2005 | |
| 20 | SIRIUS SATELLITE | 12/12/2005 | 12/9/2005 | |
| 21 | AUCTION MILLS INC | 12/14/2005 | 2/13/2006 | |
| 22 | XECHEM INTL INC | 12/14/2005 | | |
| 23 | ANDRX CORP | 2/27/2006 | | 2/24/2006 |
| 24 | SERONO SA SPONS ADR | 3/2/2006 | | |
| 25 | HUMAN BIOSYSTEMS | 4/5/2006 | | |
| 26 | HEALTH NET INC COM | 4/10/2006 | | |
| 27 | NEUROCRINE | 5/16/2006 | | 5/12/2006 |
| 28 | HCA INC | 7/19/2006 | | 7/21/2006 |
| 29 | PANACOS | 7/25/2006 | | |
| 30 | UNITED SURGICAL PARTNERS INTL | 8/10/2006 | | 8/8/2006 |
| 31 | UNICORP INC | 8/18/2006 | 8/18/2005 | |
| 32 | SYMBION INC | 11/1/2006 | | |
| 33 | BIOSITE INC | 3/26/2007 | | 3/22/2007 |
| 34 | ALEXION PHARM INC | 4/9/2007 | | 3/26/2007 |
| 35 | BAIDU COM INC ADR | 11/2/2007 | | |

Footnotes:
[1] Source: Comerica Securities account number ORJ-610917 and Charles Schwab account number 6055-6650. Table excludes cash, money market, CD, and mutual fund investments.
[2] Reflects transaction settlement date.
[3] Reflects transaction trade date.

DOJ-354-000001
EXH 087-00001



SEC0000085

EXH 093-0001