AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.  CR11625-EMC |
| Bassam Yacoub Salman | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bassam Yacoub Salman               .

Date:      08/13/2013                                    _/s/ Shaffy Moeel_
                                                                       *Attorney's signature*

                                                             Shaffy Moeel 238732
                                                         *Printed name and bar number*

                                                                Moeel Law Office
                                                                214 Duboce Ave.
                                                          San Francisco, CA 94103
                                                                       *Address*

                                                         shaffymoeel@gmail.com
                                                                  *E-mail address*

                                                                (415) 735-5021
                                                              *Telephone number*

                                                                (415) 255-8631
                                                                   *FAX number*