1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   KATHERINE B. DOWLING (CABN 220767)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      Fax: (415) 436-7234
8     Adam.Reeves@usdoj.gov
      Katherine.Dowling@usdoj.gov
9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,         ) Case No. CR 11-0625 EMC
                                       )
15 |     Plaintiff,                    ) STIPULATION AND [PROPOSED]
                                       ) ORDER CONTINUING SENTENCING
16 |   v.                              ) HEARING
                                       )
17 | BASSAM YACOUB SALMAN,             )
     a/k/a Bassam Jacob Salman,        )
18                                     )
         Defendant.                    )
19 |_____)

20                              **STIPULATION**

21     The parties have met and conferred regarding continuation of the sentencing hearing which is

22 currently set for February 26, 2014.  It is hereby stipulated and agreed by and between the parties,

23 through their respective counsel of record, and respectfully requested that the Court order as follows:

24     1.     The currently scheduled sentencing hearing shall be continued from February 26, 2014,

25 to April 9, 2014 at 2:15 p.m.

26

27

28
   STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
   Case No. CR 11-0625 EMC

1 | DATED: February 6, 2014          MELINDA HAAG
2 |                                                        United States Attorney

                                                                /s/ Robert Leach
                                                 _____
                                                ROBERT LEACH
                                                ADAM A. REEVES
                                                KATHERINE B. DOWLING
                                                Assistant United States Attorneys

DATED: February 6, 2014          GAIL SHIFMAN, ESQ.
                                                        Law Offices of Gail Shifman

                                                                  /s/ Gail Shifman
                                                _____
                                                GAIL SHIFMAN, ESQ.
                                                Counsel to Defendant Bassam Salman

## [PROPOSED] ORDER

Based on the foregoing, and good cause appearing, the Court hereby continues the sentencing hearing currently scheduled for February 26, 2014, to April 9, 2014 at 2:15 p.m.

DATED: February 10, 2014

_____
EDWARD M. CHEN
DISTRICT JUDGE

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA