1 GAIL SHIFMAN, ESQ.
Cal State Bar No. 147334
2 LAW OFFICES OF GAIL SHIFMAN
601 California Street, Suite 1800
3 San Francisco, CA  94108
4 Telephone:    (415) 551-1500
Facsimile:      (415) 551-1502
5 Email:          gail@shifmangroup.com

6 Attorney for Defendant
BASSAM YACOUB SALMAN
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 -0o0-

12

13

14 UNITED STATES OF AMERICA,

CASE NO. CR 11-0625 EMC

15 Plaintiff,

**DEFENDANT'S EXHIBIT B IN SUPPORT OF SENTENCING MEMORANDUM**

16 v.

**DATE:  APRIL 9, 2014**
**TIME:  2:15 P.M.**

17 BASSAM YACOUB SALMAN,

18 Defendant.

19

20

21

22

23

24

25

26

27

28

Video of Fox 2 TV news report, hand filed with the Court.

-2-
**DEFENDANT'S SENTENCING MEMORANDUM**