GAIL SHIFMAN, ESQ.
Cal State Bar No. 147334
LAW OFFICES OF GAIL SHIFMAN
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone:      (415) 551-1500
Facsimile:      (415) 551-1502
Email:          gail@shifmangroup.com

Attorney for Defendant
BASSAM YACOUB SALMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-0o0-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0625 EMC |
| Plaintiff, | **DEFENDANT'S EXHIBIT A (PART 2) IN SUPPORT OF SENTENCING MEMORANDUM**[1] |
| v. | |
| BASSAM YACOUB SALMAN, | **DATE:  APRIL 9, 2014** |
| Defendant. | **TIME:  2:15 P.M.** |

---

[1] References in the Sentencing Memorandum to Exhibits should be read to reflect the Exhibits attached as Exhibit A, Parts 1 and 2

**DANNY K. DAVIS**
7TH DISTRICT, ILLINOIS

WASHINGTON OFFICE
2159 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5006
(202) 225-5641 (fax)

CHICAGO OFFICE
2746 WEST MADISON STREET
CHICAGO, IL 60612
(773) 533-7520
(773) 533-7530 (fax)



# Congress of the United States
## House of Representatives

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEES:
OVERSIGHT

HUMAN RESOURCES

COMMITTEE ON OVERSIGHT
AND GOVERNMENT REFORM

SUBCOMMITTEES:
ECONOMIC GROWTH, JOB CREATION, AND
REGULATORY AFFAIRS

ENERGY POLICY, HEALTH CARE,
AND ENTITLEMENTS

April 1, 2014

Attorney Gail Shifman
Shifman Group Attorneys
601 California Street
Suite 1800
San Francisco, CA 94108

Dear Attorney Shifman:

It is my understanding that you are representing a person that I know and have known for several years; it is also my understanding that the only thing left of the trial proceedings is the sentencing; therefore, I am writing this letter relating to the character of Mr. Bassam Salman as I have known him.

I have known Mr. Salman for more than twenty years as a businessman and civic activist who contributed regularly to charitable causes, especially events where food was being served. Mr. Salman came to my attention during the Harold Washington Era as Mayor of the City of Chicago. As a result of his civic, charitable and community involvement, Mayor Washington appointed him to the Chicago Commission on Human Relations. During the time in which I have known him, Mr. Bassam Salman has done considerable public good.

Sincerely,

Danny K. Davis

Danny K. Davis
Member of Congress - IL.-7th

DKD:jmw

March 4, 2014

Honorable Edward M. Chen
Judge, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    Bassam "Sam" Salman

Dear Judge Chen:

I am a Judge of the Circuit Court of Cook County, Illinois and I am writing this letter in support of my friend, Bassam "Sam" Salman. I have known Sam for seventeen years. I have always known Sam to be an honest, hardworking, family man. The current criminal charges against him are a shock and completely out of character. I first met Sam when he attended social functions sponsored by the Arab American Bar Association. I am a current board member and a founding member of that organization. I found Sam to be a thoughtful and intelligent individual who was devoted to his family and to furthering the well-being of the Arab-American community in metropolitan Chicago. Sam and the Arab-American Democratic Club supported me when I sought appointment as the first judge of Arab-American decent in the State of Illinois. At that time, Sam operated Tiger Trading, a wholesale food distributor, which he ran with his brother. Sam worked tirelessly to develop Tiger Trading into a very successful business.

Despite his business success, Sam remained grounded and devoted to his wife, Roula, and four children. He maintained a modest lifestyle; though his financial success would have allowed for a more lavish lifestyle. He was and is a big supporter of his church.

Sam Salman epitomizes the achievement of the American dream. He arrived in America as a Jordanian immigrant of modest means. He worked hard, became a successful businessman and supported his family, church and community.

Honorable Edward M. Chen
Judge, United States District Court
March 4, 2014
Page Two


I know that recently Sam's business suffered.  Given my knowledge of Sam's character, I believe that his alleged criminal conduct was not motivated by greed, but by a desperate and misguided desire to continue to support his wife and children.

Sam has been a credit to his community.  I am hoping that all the good Sam has done will not be over shadowed by the missteps which have brought him before you.

Sincerely,


The Honorable Samuel J. Betar III
Third Municipal District
Circuit Court of Cook County

SJB:cam

# JUDGE WILLIAM J. HADDAD (Ret.)

**Attorney at Law**

20 N. Clark – Suite 2200
Chicago, IL 60602
judgehaddad@gmail.com

Office 312-263-5282
Cell 312-909-1127
Fax 312-368-1267

February 26, 2014

The Honorable Judge Edward Chen
United States District Court
450 Golden Gate Ave
San Francisco CA 94102

c/o Law Offices of Gail Shifman
601 California Street - Suite 1800
San Francisco, CA 94108
gail@shifmangroup.com

Re:     Bassam Salman

Dear Judge Chen:

I first met Sam Salman through various community and religious organization in the Chicago area for more than 20 years ago. Over the years, I came to know his family, his church pastors, and his colleagues in the business world. Also, I served with Sam on the Board of Directors at United Trust Bank which was organized over a dozen years ago as the first Arab-American bank community bank in the United States.

Sam was and continues to be a vital part of the Arab-American community as well as his Church ("The Church of the Virgin Mary") where he sits on the board. Sam has generously shared his time and treasure to build a better image for Arab-Americans. Sam was a founding member and vice president of the Arab-American Democratic Club of Cook County. The club played an important role in bringing our community into the main stream of American politics by voter registration and voter education.

His work to build a community bank, and help build a new church, as well as his support of various philanthropic clubs and democratic organizations, has engendered among those in our community a heightened sense of trust in our government and the American way of life. His work has inspired our youngsters to believe in their government.

Sam is a devoted family man. His family exemplifies a model to other families in our community. His children are model students, one is entering law school and the others are not far behind. Sam Salman has earned an excellent reputation in our community for his dedication to family, church, and country. Now, in his hour of need, I hope that his reputation as a decent and honorable man will stand him in good stead in the eyes of the law.

Very truly yours,

Hon. William J. Haddad (Ret.)



www.haddadtrialbook.com

February 23, 2014

The Honorable Judge Edward Chen
U.S. District Court,
450 Golden Gate Ave.
San Francisco CA 94102

Honorable Judge Chen,

My name is Roula Salman; I'm Bassam (Sam) Salman's wife. I met Sam over 25 years ago in
Chicago and I've been married to him for the past 23 years. We have four wonderful children
that we are so very proud of.  Hope who is 21 years old, and in her third year college, Amanda
who is 18 years old, and in her first year of college, both attending Loyola University in Chicago.
Our son Michael is 14 years old and is in his last year of Junior High and finally, our precious
daughter Jaclyn who is 5 years old will attend Kindergarten this fall. Bassam is not just my
husband and the father of my kids he is also my soul mate. Sam and I have worked so hard to
be good abiding citizens and have done everything we can to raise our kids well and we have
always been there to help and support our family, friends, and members of our community. Our
lives however have been turned upside down with the recent allegations against my husband.
These accusations have affected us physically, mentally, and emotionally to say the least.

At a very young age, around the age of 12 Sam had to face and deal with the loss of his dear
mother due to cancer. Sam was the youngest child and he relied on his mom for everything, so
it was devastating for him to have to deal with such a tragic situation, and to this day tears fill
his eyes to the mention of her name.  With the help of his dad, his brother Ghazy Salman and
his sister Amal Salman Sam managed to stand tall, move on and use this tragic incident in his
life to better himself and to have the compassion to help others. Sam worked very hard at a
young age and managed to attend school while working long hours in the family grocery stores
to accomplish his dreams.

What I loved most about my husband when I met him was his love for his family and friends
and everyone around him. He took care of his younger sister Sawsan Kara, his step mother Rose
Salman and his elderly father Yacoub Salman. He practically raised his sister Sawsan since his
dad had her when he was around 65 years old. He put her through school and helped her
financially and supported her in every way possible until she graduated from medical school
and was able to support herself. Sam also supported his elderly dad and step mother in
everything. He supported them financially by paying all their bills. He made sure all their needs
were met, whether it was grocery they needed, medication, or doctor's appointments. And
whenever he found the time, he tried to spend it with his elderly father by playing cards or
black gammon to entertain him, because he knew that life is too short and he had to cherish

these moments. When his father became ill he stayed with him every chance he was able to, sometimes even took off work just to be with him. Even when the going got tough he made certain that everyone was fine and he managed to put a smile on everyone's face. He was also so compassionate about the poor and needy especially in the African American communities. He organized many events to feed the hungry in homeless shelters. He donated his time and money to help the poor. Recently, this past Thanksgiving and Christmas he fed over 12,000 people in the Detroit area, where he part own a chain of fast food restaurants with my brother in law Karim Bayyouk. Also, He was so proud to help the Democratic process and organized events for the late Mayor Harold Washington and later organized events for Mayor Richard Daley and other political officials. He worked hard to raise the awareness in our community by emphasizing the importance of being involved in the political process by exercising their right to vote and to be good abiding citizens. Sam always went the extra mile to help others even if it meant putting his life in harm's way. I will always remember an incident where he helped rescue a lady from being dragged from her purse by a mugger. Also, there was another incident where he pulled over to make sure no one was inside a burning building. Those are the kinds of qualities that made me love my husband even more.

Sam always took pride in his heritage and his love for this country, so he became one of the founders of many organizations such as the Arab American Democratic Club, the Jordanian American community association, and the Fuheis American Association and other organizations. He wanted our youth to learn about their heritage and family values. Whenever Sam thought about any project he always kept in mind the future generations. One of his biggest accomplishments as far as I'm concerned was helping in establishing a church in the south suburbs of Chicago where many of the families in our community live. He contributed in every way possible. He worked tirelessly by volunteering his time to look over contracts, to meet with parishioners, and even organize many fundraisers. His main goal was to establish a Sunday school, Arabic School and a gymnasium, a safe place where youth can meet. And by the grace of God we now have over 200 kids attending the schools and facilities. Sam always valued education; with his help and support I completed my accounting degree after having our second child. It became possible even when I almost gave up numerous times. Another big accomplishment of Sams' that we are all very proud of is, being one of the founders of the first Arab American Bank in the US. He worked diligently for many years to accomplish that dream.

I can go on and on and on about how great of a husband, a father, a brother, an uncle, a friend and a good citizen Sam is, and about all his great accomplishments thus far. I know in my heart that my husband would never do anything to harm his family or anyone else for that matter. Sam is a good man and he cares about everyone around him. I know my husband would never compromise our well being, it was just a set of unfortunate circumstances that led him to this position.

Your honor, my family and his brother's family rely on him. Sam has always been in business with his brother Ghazy Salman, and our families are very close and we rely on each other for everything. Unfortunately, Ghazy recently suffered a series of stokes and still is in unstable condition. Ghazy and his family rely on Sam in running the businesses and financial support more now than ever. I beg your honor Judge Chen to show leniency on the sentencing of my husband. The outcome of this sentencing affects the wellness of two families and their future. My husband is a good man and is very remorseful of any wrong doing and that anyone of us had to go through this. I pray that God will help us get through this difficult time so we can go back to our normal life where we can look after our kids, concentrate on work and continue to make a positive difference in this world. Thank you so much for your time.

Sincerely,

Roula Salman

February 24, 2014

Honorable Edward Chen
U.S. District Court,
450 Golden Gate Ave.
San Francisco CA 94102

Honorable Judge Chen,

My name is Hope Salman. I am Bassam Salman's eldest child. My father, Bassam, has been one my favorite people and best friend for the past 21 years of my life. Many people view their father as a hero, and there is no exception saying that the same goes for me. There is no better term suited for him than a hero. There isn't a single other person in this world that I know who has gone out of their way to positively impact people and organizations and accomplished as much as he has in his life.

I am a third year college student studying at Loyola University Chicago. Had it not been for my father, the dream of attending this school would have never been possible. Education has always been number one and my father would sacrifice everything to make sure all of his children are intelligent, successful, and happy. My father has always pushed me to follow my dreams and I cannot wait for the days when I will make him the proudest as I accept my undergraduate degree and law school degree shortly after. From my father, I inherited a very strong and outgoing personality, and like him, I hope to use these gifts to help the community and the lives of others. I wish to become a lawyer so I can defend those who are not able to defend themselves and to better the world in whatever way I am able.

My father has always been my backbone. Growing up I was filled with so much pride watching him take charge in all aspects of his life. There is nothing I enjoyed more than when he brought me with him to work, Parish Council Meetings, and Arab- American Society events. His words and actions moved people; when he spoke everyone listened. I have always been so proud to call him my father. Until this day when I meet someone new from church or an affiliate of the Arab American Association I refer to myself as Hope Salman, the daughter of Bassam Salman, and I am always greeted with the upmost respect. My dad has sponsored, and donated to more communities and no-profit organizations than I can keep up with. He is always ready to give a lending hand to anyone in need. The most recent event he held was during Thanksgiving and Christmas this year when he distributed over 1,000 free dinners from the restaurants he is part owner of, with my uncle Karim Bayyouk. This event fed over 12,000 people including local churches and schools.

My Dad is definitely the strongest most powerful man I know, with the biggest heart. His work ethic and determination gained him much respect and success. He has instilled great morals in my siblings and I, and I would definitely not be the person I am today had it not been for his unconditional love and support. My father has worked very hard in his life and provided our

family with more than we need. I am the most proud of him for opening up our new church. Many thought that the task to open a new church would be impossible, but he taught me that with the proper mind set and a little faith, anything is possible. That act in itself expressed to me that one can and should always use the power and skills they have to help better the lives of others, in this case, the whole community. He is passionate about insuring the best future for the youth of our community as well and providing us all with a safe place to grow. He is and always has been loved and respected because he does not use his gifts and connections to better his personal life, but he dedicates most of his time and effort to the others, most recently with his involvement in a growing church.

When I was asked to write this letter I was honored that I finally had the opportunity to help my father in some way. I hope after reading this you will gain a better understanding of what a great man he is and that he has not only affected my life, but the life of many. Although, there aren't enough pages or words to express how much of a wonderful man, father, brother, husband, uncle, friend, and man his is. He does not make enemies and devotes his time into building empires, our family being one of them. I am the proudest of my father and always will be. He is my home and my refuge and I truly don't know what I would do without him. He is one of my greatest blessings. I have recently met the man of my dreams and cannot wait for the day that my father can proudly walk me down the aisle.

I pray more than anything that you will see the amazing qualities that my father holds and allow him to continue supporting my family and staying home with us. Not only is he the main supporter of my family, but due to a number of stokes my uncle has suffered in the past few months; he now has to support his brothers family as well. These have been the toughest years of his life and all of our lives. I don't think our family, especially our mother and father, can endure any more pain and suffering. We would not be able to function without our dad. Please give him the chance to continue supporting our family, not only do we need him financially but he is the glue that holds our family together emotionally. My younger siblings are 14 and 5 years old and without him their lives would be damaged forever. Taking our father away from us would not only destroy his life but live of many, especially all of his kids. My life would never be the same. I do not even want to think about the amount of depression and suffering my family members will go through not having my father around.

I am truly still shocked as that my father has been associated with any legal charges. This letter is something I never thought I would write, and the emotional and psychological stress my family is going through is something I never could have imagined him having to deal with. My family has been going through the worst times of our lives. I have never seen my father at such a low and weak place. His character has been so out of tune and it is negatively affecting my family and everyone who is near to us. My father tries to shield my siblings and I from any type of harm but it is impossible not to see that there is something very wrong. He has lost his sense of humor and is constantly on edge. My family and I are trying our best to stay strong but it is so hard to watch your hero in so much pain. The love that I have for him is indescribable and I

would do anything to see him smile the way he used to. I pray for our family to be strong again and for the peace in our hearts that we once had so abundantly.

Life is filled with many ups and downs and lately there has been a lot more downs than ups. Through all of my personal struggles my father has always been a supportive and loving shoulder for me to cry on, his kind heart and world of wisdom have helped me through the toughest times of my adolescences and all of the confusion that comes with growing into an adult. Regardless of the circumstances my father has never failed to save the day and make me feel like the safest and luckiest girl alive. I am praised for the intelligent, motivated young adult that I am, and I thank him for all the sacrifices he has made to insure that I am the best Hope I can be. Again Your Honor, I ask from the bottom of my heart, please let my father stay with us and grant him your graces.

Genuinely,

Hope Bassam Salman

February 24, 2014

The Honorable Judge Edward Chen
U.S. District Court
450 Golden Gate Ave.
San Francisco, California 94102

Honorable Judge Chen,

I remember being little and sitting in my living room waiting for daddy to come home from his long day at work. I would wait for the familiar sound of keys rattling and the doorknob squeaking announcing that he was finally home. I would run to the door as fast as I could and jump into his arms almost knocking us both backwards onto the floor. My name is Amanda Salman, I am 18 years old, I attend Loyola University in Chicago and to this day I am still my daddy's little girl. I always had a special bond with my dad. He always knew how to make me laugh; he taught me how to be brave, to *always* be generous and give to those who are less fortunate and to put my education before anything. My whole life my dad has been my superhero, my protector when I had broken one too many of my mothers favorite cups, my coach sitting on the side lines of all my sporting events, my shoulder to cry on when I didn't feel good enough, someone to talk to about anything and everything. However, somewhere within the past few years the happy, strong, confident man I grew up knowing wasn't the same no matter how hard he tried to put up a front that he was.

My dad would come home exhausted and detached, and it really hurt to see him that way. He was loosing a tremendous amount of weight and he just looked defeated. But still he tried to shield me and my siblings from the situation, he would tell us things like, "just worry about school", "everything will be fine". Soon I found out that the family business my father had my whole life, the place that I grew up around and loved had shut down. I was devastated at the realization that I would never be back at that place again and was worried about the effects it would have on my family financially. However, at the same time I thought it would be good, maybe my dad wouldn't be as tired and stressed all the time. I was wrong. The loss of the business he and my uncle Ghazy, dedicated half their life to build had a large toll on him, and added even more stress to what he was already dealing with in San Francisco. I prayed every night that things would get better but it seemed like everything was just getting worse.

I was about 17 years old when my dad was making more and more trips to California, and I still wasn't completely aware of the situation. When I asked him why he kept leaving his replies were vague saying it was for business. But my mom's eyes told a different story. I could see how on edge and worried she was and how stressed she was becoming. Whatever was going on I knew it was bigger than just the loss of our business, and honestly I refrained myself from asking questions because from the bits and pieces I knew I was afraid to have my thoughts confirmed.

One day I finally gathered enough courage to ask my mom for the full story. I was shocked to say the least. I was confused and still had so many more questions than answers. The one thing that I never questioned and will never doubt is that my father is and always will be an amazing man who would never intentionally do anything to put my family's or anyone's well being at risk.

I didn't want my dad to know I knew because I didn't want him to feel like he had to explain himself to me. I have always trusted him and nothing was going to change now. So I went on smiling my way through things and putting a brave face on for him, I didn't want to give him one more thing to worry about.

As I started my first year in college at Loyola, I was more distant from the situation. But I was very aware when the trial started. I called my younger brother and sister that were still at home frequently, and talked to my parents whenever I could. I think I prayed more in that week than I have my whole life, and I also learned the true meaning of family in that long week. When I called my mom on the last day of the trial, my dad picked up the phone and I knew. He didn't confirm anything to me over the phone but he didn't need to, the sound of defeat in his voice spoke volumes.

The rest of the week until I saw my parents when they returned felt like years. My reunion with my parents was filled with many tears and long talks. My dad sat my older sister, my younger brother, and myself down to discuss everything that had happened. Although it was hard to hear I knew we had to accept what happened and move forward from it.

I'm not sure what happened but something snapped in my dad. He stopped spending his days sleeping and pacing around the house. He got back into his work and he seemed much more relaxed. He didn't let his situation bring him down. The strength of the man I grew up knowing was finally back, and I could never be more grateful for that. He worked a lot in Michigan with his food chain company, making many improvements.

I think I am most proud of my dad not only for picking himself back up and not letting this situation defeat him, but also for still giving to others during this difficult time. Throughout his time in Michigan, this past Thanksgiving and Christmas he served about 12,000 free meals to many families from his restaurant locations and it was reported on major TV stations such as ABC, Fox news and the Detroit Free Press newspaper. In my opinion my dads' generosity and kindness is his greatest quality and I hope to give people as much hope and joy in my life as he does. There have been countless times my dad has put others before himself and gone out of his way to make the lives of others better. Whether it was as simple as giving homeless men and women on the street money for food, to something as large as donating his time and money to helping our church move to a new location that would give the youth more space for Sunday school classrooms and a gym for recreational sports teams. My dad will always be the most good hearted and caring person I know and I could never imagine my life without him by my side.

To conclude, I would like to tell you about a dream I had when I was about 7. I distinctly remember this dream and thinking about it now I feel like it had a very deep meaning. I was in a space with my dad and we were on a spaceship, I was on the other side of the ship with my friends when all of a sudden people were trying to take my dad off of the ship, away from me. I started crying because I didn't know why and I couldn't stop them. I remember my dad just telling me it would be ok. I woke up that night with my dad looking over me, I was actually crying in my sleep. He held me that night and told me he wasn't going anywhere. Your Honor please do not take my father from me, my family, and the countless people that need and count on him.

Thank you for your time,

Amanda Salman

Date: 03/01/2014

Honorable Edward Chen,

United States District Court


I am writing this letter on behalf of Mr. Bassam Salman. I have known Bassam for over 50 years now. We were both born in the same village in the Country of Jordan, grew up in the same neighborhood, attended same schools and finally immigrated to the United States in the early 70s. We have had similar life experiences; working in neighborhood grocery stores, going to school, caring for our parents whom at the time of immigration were significantly aged and needed assistance in navigating the new culture, married and raised children, and built successful businesses. We know well what it is like to immigrate and the struggle to adapt and assimilate into the host culture.

I am very happy to write this letter and to speak to the true character of Bassam. I can tell you without any hesitation that Bassam is the finest of the finest. Bassam is hard working, tenacious, resourceful and intelligent. He is conscientious, respectful towards others, and compassionate. He is very active in our community, contributes financially to the church, and participates in social events and benefits. I have seen him work tirelessly in raising funds for many programs in our community, supporting children's and various family focused program and activities.

I have never known Bassam to be of questionable character. I have never known him to be impulsive, to display poor judgment, to be socially inappropriate or irresponsible. He is deliberate, careful in his thinking and planning. In fact, the allegations made against him, of which I am aware, are completely out of character for Bassam. One, however, must keep in mind that any one of us that has lived life a bit can testify to the challenges that life puts before them and the overwhelming task to see the road ahead. One's assessments and decision making are constantly challenged; decisions are not so straight forward as they may seem to us and the rainbow ahead often has not the clarity we hope for.

Bassam is a pillar in the community. He is well thought of and well respected. I know his wife personally, I know his children well and my wife and I visit them often. I have never heard of one negative comment by others or seen any behavior that would shed a blemish upon his character. He is a devoted father, and an exemplary husband. In fact, I am concerned about his health as I am fully aware of the psychological and physical impact this has had on him. He is isolative and withdrawn, and avoids social gatherings. I noticed that his capacities to attend to his surroundings, his attention and concentration as well as his memory are negatively impacted. His smile has disappeared, his energy level has dropped, and his enthusiasm for life has changed. He often complains of feeling fatigued, is

easily tired and is having trouble sleeping.  I have also noted that he has lost some weight.  In summary, there is a caring, loving, compassionate man at the other end of this who is in a state of personal anguish and psychological pain.   If I can be of any assistance to you in any way, it would be an honor to appear before you.

Sincerely,

Dr. Basman Sweis

Clinical Psychologist

Randall R. Stoklas, Psy.D.
Psychology Specialists
Kenwood Medical Center
102 W. Kenwood Street, Ste. 120A
Decatur, Il. 62526
*Tele:* 217-520-1047
*Fax:* 217-876-2840

March 17, 2014

TO: Presiding Judge
C/O: Ms. Schifman, Attorney, San Francisco

*RE:* Bassan Salman, D.O.B. : 5/14/1959
    Clinical Summary

Dear Your Honor:

I saw Mr. Bassan Salman at the McGrath Clinic in Orland Park, Il. for an initial intake assessment on 10/15/13 by referral from psychiatrist Moises Gaviria, M.D. (Note that I am no longer with the McGrath Clinic as of 2/7/14). Dr. Gaviria had initially seen Mr. Salman on 9/14/13 and treated him with medications Clonazapam .05mg at bedtime for sleep, Effexor XR 75mg daily, and Sertraline 100mg daily for depression and anxiety. Dr. Gaviria subsequently saw Mr. Salman on 10/6/13, 11/18/13, 12/11/13, and 1/9/13 for maintenance medication follow-up. Dr. Gaviria's diagnoses were 296.22 Major Depressive Episode, and 300.02 Generalized Anxiety Disorder (DSM-IV-TR). On 10/15/13, my clinical assessment concurred with Dr. Gaviria's diagnoses. Mr. Salman presented with classic depressive features and anxiety. He had previously been admitted to Palos Community Hospital for panic and anxiety.

I subsequently met with Mr. Salman for psychological counseling on 10/23/13, 10/31/13, 11/12/13, and 1/8/13. He presented with stressful, depressive features, but showed a determination to persevere. He reported that the medication and our sessions were helping. He conveyed he had always been influential and responsible for his sister and had supported her through college and medical school. He was a pillar of his family. Mr. Salman did not express suicidal ideation or intent.

Mr. Salman reportedly has been a very successful businessman and has been a recognized leader of charitable and service activities in the community and for his church. It is my impression that he psychologically thrives on this recognition. He appears to be expansive, and somewhat naively grandiose in his personality functioning. He also experiences substantial difficulty in focusing, attentiveness, organization, and follow-through, in which he appears to thrive on stimulation and creating multiple tasks and projects to the point he becomes exhausted. All of these psychological factors, and not a desire and motivation to evade the law, I believe, contributed greatly to this activity. (Mr. Salman tested in the positive direction for the presence of an ADHD condition, but after discussion, we decided not to medicate him for the condition because he was already taking three psychiatric medications for depression, anxiety, and sleep).

*Bassan Salman*

2

Our sessions focused on coping strategies. He got re-involved in managing his businesses and made a soul-searched decision to confront his sister with regard to his sense of betrayal. He subsequently reported some alleviation of his depression and stressfulness. We had also determined that he attend another board meeting at his church where he would again take the lead in organizing another charity activity in the community.

Mr. Salman also was very concerned about his wife of 24 years and his four children (20, 18, 13, and 4 yrs. of age). He particularly worried about his younger children and his wife if he were to be incarcerated. In addition, his financial condition had been weakened by legal costs in the past several years.

To the extent of my clinical assessment and psychotherapeutic involvement with Mr. Salman, and from a clinical perspective, I respectfully suggest to the Court that Sentencing keep Mr. Salman in the community with service and reporting requirements, and to continue with psychological and psychiatric treatment, rather than incarceration, for this 54-year-old man with four children, two of whom are young. Incarceration would deprive Mr. Salman of continuing to take care of his family and to continue to contribute to the community. Mr. Salman is certainly no danger to the community and his presence would be much more of a benefit to the public than a costly and non-productive incarceration.

Respectfully Submitted,

Randall R. Stoklas, Psy.D.
Licensed Clinical Psychologist, Il. Lic. # 071-004807
National Register of Health Service Providers in Psychology #43544

Feb 28, 2014

The Honorable Edward Chen
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:   Bassam Salman

Dear Judge Chen:

My name is Faisal Akkawi, Ph.D., Professor and Executive Director or Northwestern University's School of Continuing Studies in Chicago, Illinois. I have been a dear lifelong friend of Bassam Salman. Our families were friends before our births. Needless to say, I know Bassam about as well as any person other than his immediate family could.

Bassam is a man of honor and integrity, one who has always treated people fairly and with respect, whether they were his allies or opponents. He is a family man. A leader. A community activist. A church member. He is a man who has earned respect and praise from all those in our community through his involvement including his roles on our church parish counsel board as well as on our community activist board. As a dedicated Christian Arab American, he has contributed not only to our community throughout his work in Illinois, but also throughout his influence and work in Amman, Jordan, always seeking to help the underdog and further our Christian faith in the troubled Middle East. He has never forgotten his roots and has not only aspired to be a leader in our community, but also has lead with a passion and purpose that has inspired both young and old.

While there are numerous examples of Bassam's influence, leadership and good deeds, I would like to share my own experience with Bassam. I moved to the United States as a young man in my prime, thirsty for knowledge and eager to succeed. It was Bassam who took me under his wing and provided the support and guidance encouraging me to pursue education first and foremost. He taught me that with a proper education and work ethic, the world would have no limits. He was my mentor and role model, the one who helped me become the man I am today both professionally and personally. Without Bassam, I would not be where I am today.

For the foregoing reasons, it is with a heavy heart that I write this letter. I am aware of what has transpired recently, but I truly believe that this was a once in a lifetime mistake in judgment and that Bassam is not a danger to society. Quite frankly, I cannot imagine that he will ever repeat any illegal activity. I know that Bassam has already suffered extensively for his actions. He has lost credibility in the public eye which is irreparable for a man who values his reputation and credibility to the utmost degree. I believe he is truly despondent regarding what he has put his family through. Bassam's wife and children are certainly not deserving of what they have been through and it is my belief that an extended prison term will serve as a tremendous hardship not only for Bassam and

his family, who depend on him for their livelihood and his leadership, but also for the Arab American community as a whole. Not only is he not a danger to society, but I believe his absence would be a great loss to society.

Because of the significant difficulties that will be faced by his family and for the pain, suffering and remorse already experienced by Bassam personally, I would ask you to grant Bassam a sentence of probation or at least the lowest possible sentence. I believe that the loss of his credentials, his loss of accreditation for his vocation, and the loss of respect in the community, as well as those freedoms that he was afforded prior to this unfortunate event, may have taken a bigger effect than keeping him out of the work force and away from his family and community.

Thank you for your consideration.

Respectfully,

Faisal O. Akkawi
============================
Faisal Akkawi, PhD
Executive Director
Information Systems Programs
Northwestern University
Wieboldt Hall, sixth floor
Chicago, IL  60611-3008
tel 312-503-2418
www.scs.northwestern.edu



## Arab American Democratic Club

**Khaled J. Elkhatib**
*President*

**Samir Khalil**
*Chairman*

**Khalil Khalil**
*Vice President*

**Miriam Zayed**
*Treasurer*

**Randa Mahmud**
*Secretary*

**Ahmad Ramahi**
*Board Member*

**Emman Chehade-Randazzo**
*Board Member*

February 26, 2014

The Honorable Judge Edward Chen
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

### Re: Mr. Bassam Salman

Dear Judge Chen:

On behalf of the Arab American Democratic Club (AADC) and the Arab American community, please accept this letter in support of Mr. Bassam Salman, who helped found AADC thirty years ago, and continued to volunteer on our board and serve our community, and served as our Vice President.

Bassam's hard work and insight, along with his generous financial contributions, helped AADC convince more Arab Americans to participate in the political system by voting as well educating people about the political process. The late Chicago Mayor Harold Washington respected his hard so much he appointed him to the Chicago Commission On Human Relations, a position to which he was re-appointed years later by Mayor Richard M. Daley.

I am aware of Bassam's current legal situation in your courtroom and am truly surprised because the facts do not conform with what I know and have experienced of his character, nor is it in line with what others know about Bassam. He is well respected as a community leader and businessman. AADC is proud to call Bassam a friend and supporter, and we encourage you to consider his positive contributions to our community as you make your decision.

AADC was founded in 1983 and is dedicated to supporting the Democratic Party in Illinois, while advocating for the inclusion of Arab Americans in the democratic process.

Please contact me directly with any questions at (773) 616-0775.

Sincerely,

Khaled J. Elkhatib
President

LAW OFFICES

## SCHAIN, BURNEY, BANKS & KENNY

Three First National Plaza
70 West Madison Street, Suite 4500
Chicago, Illinois 60602-4252
Telephone: (312) 345-5700
Fax: (312) 345-5701

Via email gail@shifmangroup.com
March 3, 2014

The Honorable Judge Edward Chen
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   Bassam Salman

Dear Judge Chen:

I am writing this letter in support of Bassam ("Sam") Salman.

I have known Sam for more than 15 years, both professionally and socially. I have represented him and various companies which he was affiliated with in a variety of legal matters during that time. From time to time I have also socialized with Sam.

Sam has always demonstrated to me honesty and integrity in both personal and professional dealings. He is dedicated to his family and friends and an extremely caring person. He seemed to always go the extra mile to help anyone who needed help. Indeed, I often described Sam as selfless in referring to him with other people. I also know Sam's reputation in the community, as I represent quite a number of people who know him or know of him. Every single person that I know who knows Sam has the same high opinion of him as I do. I have never heard anyone speak negatively of Sam.

Sam's criminal case was a surprise to me. I am confident that his actions were aberration from his otherwise stellar personal and business practices. The severe economic downturn caused severe stress on Sam as his businesses started to fail and his real estate holdings went into foreclosure. The stress

was so pervasive that it clouded Sam's judgment in both personal and business decisions. In fact, at times it appeared that Sam was unable to function or make rational decisions

For the reasons set forth above, I believe Sam deserves leniency.

Please contact me if you have any questions.

Very truly yours,

Marty J. Schwartz
MJS/kr