GAIL SHIFMAN, ESQ.
Cal State Bar No. 147334
LAW OFFICES OF GAIL SHIFMAN
601 California Street, Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502
Email:        gail@shifmangroup.com

Attorney for Defendant
BASSAM YACOUB SALMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-0o0-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>BASSAM YACOUB SALMAN,<br><br>                Defendant. | CASE NO. CR 11-0625 EMC<br><br>**DEFENDANT'S EXHIBIT A (PART 1) IN SUPPORT OF SENTENCING MEMORANDUM**[1]<br><br>DATE:  APRIL 9, 2014<br>TIME:  2:15 P.M. |

---

[1] References in the Sentencing Memorandum to Exhibits should be read to reflect the Exhibits attached as Exhibit A, Parts 1 and 2

February 28, 2014

Honorable Edward Chen
U.S. District Court,
450 Golden Gate Ave.
San Francisco CA 94102

Honorable Judge Chen,

My name is Bassam Salman, I was born May 14, 1959 in Amman, Jordan. At that time I was the youngest of three children. My older brother is Ghazy Salman and my sister Amal Salman. I was well cared for by my mother and my father, they loved us more than I can describe. As a child, I went to a catholic grammar school and spent one year at a public high school in Jordan. I completed my last three years of high school at Curie High School in Chicago. When I was 12 years old, my mother died suddenly of stomach cancer. She was only 40 years old. Her death was the worst thing that has ever happened to me. The feeling of losing a mother that loves, cares, and protects you with all her heart is indescribable. My mom was the most dedicated woman I have ever known. She was always there for me, my siblings, my dad, my extended family, and anyone in need. I learned a lot from her but the most significant thing she left with me was her caring and giving lifestyle. She was always charitable and never asked for anything in return. I cried for years after her death, and I still cry every time I am alone and think about her. She was my angel and always will be.

Before we immigrated to the US in November 1974 my family encouraged my dad to remarry. My dad was a fine man who at the time was working very hard to provide for us in addition to carrying the responsibility of caring, cooking, and cleaning (etc.) for us. He did a great job but it started to become overwhelming. Three years after my mom passed, my dad remarried to a woman named Rose who became my stepmother.

On November 22nd 1974 my dad and I immigrated to the United States. We lived with my uncle for about a year until we were able to afford renting an apartment in Cicero, IL. I clearly remember the second day I came to the United States because that is when I started my first day of work. I worked with my uncle and as he was training me to work the register, I remember having to stand on a milk crate just to be able to see over the desk. I started working with him whenever I could; after school on weekends and on holidays. I was able to earn a few hundred dollars and sent it to my brother Ghazy to buy his airline ticket to come to the US. He came to the US in 1975 with my stepmother. After about a couple of years helping my uncle and learning from him and his business my brother and I were able to secure a loan and we opened our first business together.

Our first business was located in a very tough and dangerous neighborhood in the heart of public housing in the south side of Chicago. There were many

shooting and killings happening frequently. After running this business for less than a year due to the danger, my brother decided to give the business to one of our African American cooks and move on. After this my brother and I were able to secure another loan and open a small grocery store, once again in the heart of the public housing this time on State Street, it was also very dangerous environment.

One incident I will never forget is when I was driving east bound on 22nd street at the intersection of Clark Street, I saw an African American teenager dragging a white woman by her purse down an alley. I immediately honked my horn at the man, jumped out of my car and chased him until he ran away. The woman was in shock. She had several bruises and her knees were scrapped and bloodstained. She was very grateful I was there and I was very glad I was there to help her because there is no doubt in my mind that the man would have killed her to get her purse. In addition, we had break-ins and many shoplifters; our lives were risked on a daily basis. For instance there was a robbery in one of our stores and my brother was pistol whipped and knocked to the ground, luckily they only took the money and not his life.

Regardless of these unfortunate incidents, we were very loved by the community. There were many instances when we caught shoplifters who said they were extremely hungry and instead of punishing them we prepared meals for them and let them go without calling the authorities. In some instances we actually provided jobs for these people to help them get on their feet and live better lives. In these businesses my brother worked 12 hours a day 7 days a week and I worked as much as I could. I would work after my college classes, on weekends, holidays, and during the summer. I did not have time to go out and enjoy my youth like my friends did. I would sleep in a 4 by 6 office room when it snowed just to save time from traveling in the harsh weather to go to school the next morning. I attended college at the University of Illinois in Chicago. I graduated in 1984 with a degree in Bachelors of Science and Business Management. It took me more than four years to complete my schooling due to the amount of work I was putting in as well. But it was all worth it to get to where I am today. We had to make many sacrifices to get on our feet and support our families in hope for a better future for them and our children.

In 1979 my father had his first heart attack. At this time my brother and I made the decision to have my father retire. We took care of all his needs, my stepmothers needs and my sister Sawsan's (Susie's) needs. Susie was born in 1976, technically she is my half sister but I have never looked at her that way, she has always just been my baby sister. Before my father passed away he always told me to make sure I took care of my stepmother and my sister Susie. So I did, I paid their rent, bought them cars and made sure they always had everything they needed. I always pushed and encouraged Susie to get the highest education. She attended one of the most prestigious Universities in the United States, The University of Chicago. She graduated with an MD in Pediatrics and I remember throwing a big celebration in honor of her graduation, we loved her and cared for her in every way possible. I still support them in every way I can. All throughout the years my wife and I would

take my stepmother and father to doctors appointments, to get groceries, and anything else they needed since neither of them were able to drive. In 1998 my father passed away and even though he was 86 years old I was very heart broken. My dad was not only my father but also my best friend, and I loved him dearly and taught me to be the man I am today. He had a great reputation in the community; he was described as a humble and simple man. He was a man of God and was very honorable, trusted and respected.

    During my life I was always an active participant in various organizations and gave birth to many organizations. My wife would joke that I gave birth to more organizations than we did children. In college I was involved in many student organizations and after I graduated, a group of my business friends and I founded the first Arab American Chamber of Commerce in Illinois. I served in that board for almost 10 years. I was also one of the founders of the first Arab American democratic club and served as a board member for almost 25 years. Also, I was one of the founders of the Jordanian American association and served on that board for at least 10 years. After that I was one of the founders of the Fuheis Community Association and served on that board for about 27 years. In addition about 10 years ago I was one of the founders of the first Arab American bank and served on that board for at least 7 years. I also participated in many elections and supported many public officials during my involvement in the democratic club, from mayors to governors, senators, congressmen, judges, and presidents. I made sure I was always very politically active. In addition I was appointed by the late Mayor Harold Washington, for the human relation commission and again later by Mayor Richard Daley. The work that these organizations did helped our community and society in general in many different ways. For example the democratic club held regular meeting with politicians and supported and raised funds to support different politicians. We were also a part of increased voter registration and encouraged our community to be active in the political mainstream, become better citizens, and taking advantage of their opportunities to improve their welfare. Other social, church, and business organizations are helping the youth to be active in the community and have encouraged them to get a higher education and be good citizens.

    In about 2003 a group of our community met and decided to establish a Christian church in the South side of Chicago. I helped find a location, secure a loan from our bank and also helped secure an interest free loan from the Fuheis Community Association that I was an active member in. My wife and I donated a lot of time and food to help organize fundraisers supporting the church and over all we raised approximately 200,000 dollars to secure the purchase of the church. After all of this effort we were able to buy the building that became the home of our first church on the South Side, The Church of the Virgin Mary. I have served on the church board since that day. Soon after we out grew the church. We had over 200 kids attending Sunday school and there just wasn't enough room to fit their needs and it became an unstable learning environment for them. We were forced to rent a

required us to stop using it. So, I was asked to lead the search in finding a new building and I found a 40,000 square ft. building that was perfect for our community. I went door to door with our pastor Father Musa, held many fundraisers and did everything in my power to help raise enough money for this church. We raised about $700,000 thousand dollars and I was able to secure a loan from our bank that gave us another $750,000. In addition I also was able to secure a $180,000 interest free loan from the Fuheis American Association and we were able to finally close the deal on our new church. This church is the perfect place for our youth. It is in a safe neighborhood and has so many things to offer. It has a large gymnasium, many classrooms for teaching Sunday school and Arabic school, a large field outside for sports in the summer and more. Since its opening, our community has started basketball teams and volleyball teams for boys and girls, also theater opportunities and other clubs and activities. Through the efforts of other church members and myself our youth has received a safe and welcoming place for them to spend their time in and they have became a much more active part of our community.

    In the business world I am proud to say my brother and I were very successful. I have come a long way from small grocery stores, to whole sale distribution, to tax service offices, to banking, real estate development and finally to a chain of fast food restaurants in Michigan. The businesses I have are providing jobs and many people are relying on the success of these businesses to provide for their own families and themselves. My presence in these businesses is essential for the survival of these businesses and more importantly the people working in them.

    Despite all the work and hardships the best thing that has come out of my life is my family. In 1988 I met the love of my life, my wife Roula. From the day I met her she has been everything to me and always will. We were married August 5, 1990 and our love over the years keeps growing stronger and stronger. She is the most loving, caring and strongest woman I know. I would be nowhere without her by my side. Through our marriage we have been given the blessings of the birth of our four children; Hope 21, Amanda 18, Michael 14, and Jaclyn 5. Hope is in her third year of college at Loyola University in Chicago, Amanda is in her first year of college also at Loyola, my son Michael will be attending high school next year and our baby Jaclyn will be starting kindergarten. My children are my life. Everything I do is to support them and give them the best life I possibly can. My wife and I have raised them to be intelligent, hard working, loving people and I am so proud of the people that they are.

    My brother Ghazy is more than a brother to me I looked up to him as a dad, best friend, and a business partner. He is a man with a big heart and would do anything to help my family and I and I would do the same for him. Unfortunately in the last six months my brother has suffered 3 strokes and has not been able to care for his family or mine. I was in shock when he got his first stroke and unfortunately I was not able to travel to Jordan to see him. My brother has suffered from prior heart problems, diabetes, high cholesterol, high blood pressure, sleep apnea, and other

medical issues. He is very ill and needs me now more than ever to help him provide for his family.

In general I have been blessed. I feel I am a very fortunate to be surrounded by a loving family and friends and I am very thankful to be in this country, the land of opportunity. There are not many places in the world where you can start with nothing and become as successful and blessed as I have been. I owe my success to this great country and my family and friends that have been here to support me.

When this legal issue came about I felt it destroyed the legacy I spend 54 years of my life building for my family and myself. The depression it put me through especially in the last couple of years, I feel, had affected my business judgment negatively which caused the closing of my brothers family business that I was managing also the closing of my Jackson Hewitt tax services in California, and the deterioration of our other businesses, the economy did not help this either. This case brought sadness, worry and humiliation not only to me but my family, my brother and sisters, their families and the rest of the loved ones around me. I wish this case had never occurred in my life. The suffering, depression, and stress that this case brought on me was agonizing.

The last couple of years have been very difficult for me. The stress added with depression and anxiety was unbearable. I became so worried about the well being of my family and my brothers family. We are a very proud family and well respected. My imagination started getting ahead of me, I started getting very worried about how my brother and I would pay our mortgage. I was worried that my family would not be able to afford the daily necessities of life. I was worried about not being able to pay my children's college tuition or even rent an apartment for them. I became very worried about the future and that people would try to take advantage of me, my family, and my brother's family. I would fear that my daughters would have to drop out of college not be able to finish their college education and pursue their dreams, just to get jobs so they could help the family survive. My wife use to beg me to go to sleep and stop pacing around the house. It was a terrifying experience for months I could not sleep at night and eventually I was only able to fall asleep with the help of medication. My depression and anxiety became more severe especially after I closed the wholesale distribution I was managing and losing the properties to the bank. For days I would do nothing but sit in front of the TV in my pajamas. I wouldn't shower, shave, or even comb my hair. I didn't want to leave the house or see anyone and I lost my appetite for food and lost 35 pounds. I felt humiliated, defeated, I lost my self esteem for the first time in my life, and I simply felt like a loser. I felt that I could not protect or provide for my family and it was torture mentally and physically. However, no matter what my wife was the most loving and supporting woman in the world. She was always there for me, helping me and encouraging me to try to stand up again and stop giving up on my family and life. She would often go to her room and cry. She would go on walks in the morning and come back with wet, puffy and red eyes. Seeing my wife this way use to break my heart and cause me more pain and suffering, I would go to my bedroom and

break down, or even just hug my five year old and cry; worried that I may lose her and my family forever. Also, putting my brother's family in harm's way due to the financial stress this case brought on me was very painful. I was lucky to be surrounded by family and friends who were very loving and supportive in every way. They never gave up on the old Bassam the happy, full of life, courageous person they could count on, the person who played a positive role in the community, and gave his time and money for the benefit of the ones around him. I did not see myself in that way anymore; I wished I could just disappear from the earth. Finally, with the help of medication, therapy, and the support and love of my friends and family I was able to snap out of this severe depression and anxiety. I realized that I needed to put myself back together and move on by working hard and doing what I do best. I started waking up with a more positive attitude, going out meeting people, and volunteering to do work with churches and other organizations just like I use to. People around me who believe in me knew that I would come back. I thank God for helping me through that time.

In addition the stress that the trial brought on me was unbearable and shocking. I do not wish Maher, my sister Susie, or my beloved niece Grace and nephew Alex any harm. The kids and my sister don't deserve what Maher has put them through. Maher was a shining star, he was a very successful banker. I love Maher and I wish him nothing but the best, but at this time I wish to have nothing to do with him.

Your honor I hope you can see me through the eyes of the people who wrote me character letters, such as my friends, coworkers, lawyers, doctors, judges, spiritual leaders, and my family. I hope you can see me as someone who is not a criminal but a good person and a good citizen who has always done the best he can to be a role model for the community. I thank you for taking the time to read my letter.

Sincerely,

Bassam Salman

Sawsan Salman Kara, MD
Physician-Department of Pediatrics
Palo Alto Medical Foundation
57 El Camino Real
San Carlos, CA 94070

The Honorable Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue, 17th Floor, Courtroom 5
San Francisco, California 94102

Honorable Judge Chen,

My name is Susie Salman Kara. I am a pediatrician who lives in San Carlos, California who is blessed with 2 young children, and I am also the sister to Mr. Bassam Salman and wife to Mr. Maher Kara. We have met under unfortunate circumstances as I testified in your courtroom on 2 separate occasions. With a heavy heart, I write this letter of support on behalf of my brother Mr. Bassam Salman, who despite our 17 year age difference has always been by mentor and best friend and hope that by the contents of this letter that you will understand why.

I am blessed to say that Sam has been one of the greatest forces in shaping my life as he has not only spoken about being the good change in the world, he has demonstrated it time and time again. His generosity is one of his most amazing qualities and when people have needed advice, support, a loan, a job, or a place to live, Sam has always gone above and beyond to help.

My earliest memories are of going to the family owned grocery store in the South Side of Chicago that serviced a large population of low income African-American families. He would give out personal loans to the local grocery store customers or employees who were in need without ever expecting repayment. He supported the local churches by donating hundreds of dollars of food at Easter, Thanksgiving, and Christmas to help support the local families. I remember when we would drive home at 10 o'clock at night, he would go completely out of his way to drive home employees if the weather was bad or their car had broken down. He would wake at 3 am to tend to emergencies at the business and would work sometimes 18 hours a day to keep the business running not only for our family but because he knew so many employees and the local community-most of whom didn't drive and relied on local grocery store-relied on him.

As a young child, I recall that many of our current life-long friends were people who had moved to Chicago without nearby family, a job or place to stay. Sam would extend our extra room in our home for months at a time and hired them in any capacity for them to get themselves on their feet. As a result of his generosity and goodness, Sam was able to help many of these people succeed independently.  They remain grateful to Sam and our family.

Sam has also demonstrated that the one person can promote change in the world. He has also always been a proud American citizen and proponent of fair and just politics. Sam has been

CR 11-625 EMC

involved in numerous capacities over the years with the Arab-American Democratic club and Anti-Discrimination Committees. He proudly has displayed in his office pictures of him shaking hands with Former Mayors of Chicago Mr. Harold Washington and Mr. Richard Daley. I remember helping him campaign and attending many fundraisers that he organized for the Middle Eastern community to get to know candidates both on the local, state and national levels.

Most importantly he is someone who cares about those in need and gives his time and energy without expectation of reward. He worked tirelessly for years to help our Christian Middle Eastern community find a church location in the Southwestern Suburbs of Chicago so that grandparents, parents with young children, and the youth wouldn't have to drive over an hour to attend our sister church in the Northwest suburbs on a Sunday or be involved in family and youth activities. He devoted numerous hours as an active member of the church board helping raise funds, scouting for locations, handling contract negotiations and making sure the church was in place not only for his children but for over the 1000 families that would attend as well as for their future generations. Now the families have developed a strong spiritual home-St. Mary's Church in Palos Heights- within minutes of their own homes to worship and enrich itself in culture which would not have happened without the devotion of Sam's leadership.

From a young age, I looked up to him for his incredible work ethic and his love for life. During my first 6 months in college he would selflessly drive me to Hyde Park (almost 45 minutes out of his way) in the mornings and pick me up at the end of a long day since I was a new driver and he didn't want me to have to deal with morning traffic and parking. He financially supported me during college and medical school at The University of Chicago and made sure I had a car to safely get me back and forth to school. During my college years, I worked with him at the family food distribution company and saw how he continued to deliver goods to businesses that were behind on paying their bills because he realized that the business owners also had families and if they didn't receive their food deliveries, their business would be in jeopardy of being lost. He has always thought of others best interests, despite often losing a lot in the process.

Sam is an amazing husband of 23 years to his loving and kind wife Roula and is blessed to be a phenomenal father to 4 incredible children. Roula has been a stay at home mom but has also been a right hand in helping with any business administrative needs over the years. Hope, his eldest aged 21, is a 3rd year college student at Loyola University in Chicago and with a firm head on her shoulders who is studying Journalism and hoping to attend law school. Amanda, age 18, is a freshman in college also at Loyola and has a kindness within that draws her to study medicine and become a pediatrician as well. Michael, my beloved Godson, is nearly 14 years old and will be entering high school this upcoming year. He is blessed and interest in any and all things sports where Sam is always on the sidelines rooting him and his teammates on. Finally, he has a firecracker of an energetic, loveable, and precocious daughter, Jaclyn who is 5 years old and is the epitome of a daddy's girl. If you were to ask his children-they would all say that their father has always guided them towards right path of life, having compassion for others, being grateful for life's blessings and dreaming big-hence each their desire to pursue education and be able to be a force for change in the world. The hardship financially,

emotionally, and mentally that Sam's absence from their lives for any extent of time would devastate and shatter his family and, as sole provider for his family, would stop the children from continuing their education, lose their home, and more importantly lose the glue to their family.

In addition to providing for his own family, Sam has also has been a huge support for my elderly mother who lives on her own in Chicago, and prior to that for our father who passed away  She relies on him to pick up medications, taker her grocery shopping, and to drive her to doctor's appointments. He has also always been in business with my oldest brother, Ghazy Salman, who also has a son in medical school, a daughter in dental school, and another son in college on a pre-medical track as well. Unfortunately, Ghazy has always dealt with a number of medical issues and recently suffered a series of strokes in November 2013 that he is still recovering from. As the family business of over 20 years had to be shut down in 2012 due to the decline in the economy, Sam is really the only driving force behind any possible income source for both families.

Judge Chen, I understand the seriousness of the actions committed and I believe Sam is deeply remorseful of the actions and hurt caused to anyone. You have heard first-hand the testimony from both my husband, Maher Kara, and his brother, Mounir Kara and I hope have recognized the complexity surrounding the multiple layers of mistakes that occurred. Unfortunately, Sam was completely unaware of Mounir Kara's complex mental health problems and history of addictive behavior. I often wonder if anyone would have known about the extent of his issues whether anyone would be in this situation at all.

Your honor, I respectfully request that you please consider a sentencing that would not involve any time away from his family as the weight of the lives of 13 people hang in the balance and rely on his presence. For someone so giving in nature and an advocate for all things good, I hope you would sincerely consider extended community service, or possibly an in home confinement situation with probation to prevent the devastation to his family, his business, and himself. I know Sam is very apologetic for being involved in a situation that compromised his honest work ethic and caused any peripheral harm to others involved. I am sure this was an aberrant set of circumstances on his part and using his fervor for life and community betterment to enhance other's lives during that time would have a much more useful and efficient use of our legal system services. I emphatically implore you to weigh a fair and reasonable decision in light of such a tragic and unfortunate set of circumstances and thank you for your time and your consideration.

With deepest regards,


Sawsan Salman Kara