John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 662-2260
Facsimile: (415) 662-2263

Attorney for Defendant
BASSAM YACOUB SALMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-0625 EMC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER ON STIPULATION CONCERNING DEFENDANT BASSAM SALMAN'S SURRENDER DATE |
| BASSAM YACOUB SALMAN, | |
| Defendant. | |

Upon consideration of the parties' Stipulation Concerning Defendant Bassam Salman's Surrender Date, it is hereby ORDERED that defendant Salman's surrender date is extended from December 13, 2016 until December 27, 2016.  Defendant Salman shall surrender at his designated institution no later than 2 p.m. CST on December 27, 2016.

IT IS SO ORDERED.

1
2       Dated:   December 12, 2016
3
4       _____
5       THE HONORABLE EDWARD M. CHEN
        UNITED STATES DISTRICT JUDGE
6

*IT IS SO ORDERED*
*Judge Edward M. Chen*

- 2 -                              **PROPOSED ORDER ON STIPULATION
                                    CONCERNING SURRENDER DATE**